McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and HELEN ARENA, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>RICHARD GRAF,<br><br>Respondent. | 2:08-mc-00025-WBS-DAD<br><br>**PETITIONERS' REQUEST TO CONTINUE SHOW-CAUSE HEARING; ORDER**<br><br>Taxpayer: RICHARD GRAF<br><br>Date: Friday, May 16, 2008<br>Time: 10:00 a.m.<br>Judge: Honorable Dale A. Drozd<br>(Ctrm. # 27, 8th Floor) |

Petitioners, the UNITED STATES OF AMERICA and Revenue Officer HELEN ARENA, hereby request that Judge Drozd continue the Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, April 11, 2008, to Friday, May 16, 2008, at 10:00 a.m. The additional time is needed to make further attempts at service upon the respondent, RICHARD GRAF. A proposed Order is included should this request be granted.

Dated: April 1, 2008                McGREGOR W. SCOTT
                                    United States Attorney

                           By:      /s/ Y H T Himel
                                    YOSHINORI H. T. HIMEL
                                    Assistant United States Attorney

///

ORDER

IT IS HEREBY ORDERED that the Show Cause hearing in this case is CONTINUED to Friday, May 16, 2008, at 10:00 a.m. in Courtroom 27.

DATED: April 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/graf0025.osc.hrgcont