McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone:  (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and HELEN ARENA, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>RICHARD GRAF,<br><br>Respondent. | 2:08-mc-00025-WBS-DAD<br><br>**ORDER ON PETITIONERS' REQUEST TO CONTINUE SHOW-CAUSE HEARING**[1]<br><br>Taxpayer: RICHARD GRAF<br><br>Date:  Friday, June 13, 2008<br>Time:  10:00 a.m.<br>Judge:  Honorable Dale A. Drozd<br>      (Ctrm. # 27, 8th Floor) |

This case came before me on May 16, 2008, on the Order to Show Cause Re:  Tax Summons Enforcement filed February 26, 2008.  Yoshinori H. T. Himel, Assistant United States Attorney, represented petitioners.  Respondent, Richard Graf, did not appear.

On petitioners' request, this hearing was CONTINUED UNTIL JUNE 13, 2008.  Petitioners may make further efforts to effect service pursuant to Fed. R. Civ. P. 4 and may brief the issue of service.

/////

/////

---

[1] As amended by the court.

1

1      Accordingly, IT IS HEREBY ORDERED that the Show Cause hearing in this case

2  is CONTINUED to Friday, June 13, 2008, at 10:00 a.m. in Courtroom 27.

3      It is SO ORDERED.

4  DATED: May 16, 2008.

5

6                    _____

7                    DALE A. DROZD
                      UNITED STATES MAGISTRATE JUDGE

8

9  Ddad1/orders.civil/graf0025.osc.hrgcont2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28