McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and HELEN ARENA, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>RICHARD GRAF,<br><br>Respondent. | 2:08-mc-00025-WBS-DAD<br><br>**MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE: I.R.S. SUMMONS ENFORCEMENT**<br><br>Taxpayer: RICHARD GRAF |

This matter came before me on June 13, 2008, under the Order to Show Cause filed February 26, 2008, which, with the verified petition and exhibits, was personally served on respondent on June 3, 2008. Yoshinori H. T. Himel appeared for petitioners, and petitioning Revenue Officer Helen Arena was present. Respondent did not file an opposition but appeared at the hearing.

The Verified Petition to Enforce Internal Revenue Service Summons initiating this proceeding seeks to enforce an administrative summons (Exhibit A to the petition) in aid of Revenue Officer Arena's investigation for determination of respondent's income tax liabilities for the years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006. Subject matter jurisdiction is invoked under 28 U.S.C. §§ 1340 and 1345, and is

found to be proper.  Authorization for the action is under I.R.C. §§ 7402(b) and 7604(a) (26 U.S.C.).  The Order to Show Cause shifted to respondent the burden of rebutting any of the four requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

I have reviewed the petition and documents in support.  Based on the uncontroverted verification of Revenue Officer Arena and the entire record, I make the following findings:

(1) The summons issued by Revenue Officer Helen Arena to respondent Richard Graf on October 16, 2007, seeking testimony and production of documents and records in respondent's possession, was issued in good faith and for a legitimate purpose under I.R.C. § 7602, that is, to determine the existence and amounts of income tax liabilities for the years ending December 31, 2000, December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2006.

(2) The information sought is relevant to that purpose.

(3) The information sought is not already in the possession of the Internal Revenue Service.

(4) The administrative steps required by the Internal Revenue Code have been followed.

(5) There is no evidence of referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.

(6) The verified petition and its exhibits made a prima facie showing of satisfaction of the requirements of United States v. Powell, 379 U.S. 48, 57-58 (1964).

(7) The burden shifted to respondent, Richard Graf, to rebut that prima facie showing.

(8) Respondent presented no argument or evidence to rebut the prima facie showing.

I therefore recommend that the IRS summonses issued to respondent, Richard Graf, be enforced, and that respondent be ordered to appear at the I.R.S. offices at 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Helen Arena or her

1  designated representative, on August 13, 2008, or at a later date and time to be set in
2  writing by the Revenue Officer, then and there to be sworn, to give testimony, and to
3  produce for examining and copying the books, checks, records, papers and other data
4  demanded by the summons, the examination to continue from day to day until completed.

5      These findings and recommendations are submitted to the United States District
6  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C)
7  and Rule 72-304 of the Local Rules of the United States District Court for the Eastern
8  District of California.  Within ten (10) days after being served with these findings and
9  recommendations, any party may file written objections with the court and serve a copy
10 on all parties.  Such a document should be titled "Objections to Magistrate Judge's
11 Findings and Recommendations."  Any reply to the objections shall be served and filed
12 within ten (10) days after service of the objections.  The District Judge will then review
13 these findings and recommendations pursuant to 28 U.S.C. § 636(b)(1).  The parties are
14 advised that failure to file objections within the specified time may waive the right to
15 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

16     The Clerk shall serve this order and future orders to Mr. Richard Graf, at 2009 S
17 Street, Sacramento, California, 95811.

18     It is SO ORDERED.

19 DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

24 Ddad1/orders.civil/graf0025.f&r