IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
HELEN ARENA, Revenue Officer,
Internal Revenue Service,　　　　　　　　No. MISC. S-08-0025 WBS DAD

　　　　Petitioners,

　　v.　　　　　　　　　　　　　　　　<u>ORDER</u>

RICHARD GRAF,

　　　　Respondent.
_____/

　　　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

　　　　　　On June 19, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

　　　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed June 19, 2008, are adopted in full;

2. The IRS summons issued to respondent Richard Graf is enforced; and

3. Respondent Richard Graf is ordered to appear at the Internal Revenue Service offices at 4330 Watt Avenue, Sacramento, California 95821, before Revenue Officer Helen Arena or her designed representative, on August 13, 2008, or at a later date and time to be set in writing by the Revenue Officer, then and there to be sworn, to give testimony, and to produce for examining and copying the books, checks, records, papers and other data demanded by the summons, the examination to continue from day to day until completed.

DATED:   July 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/graf0025.jo