IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and
HELEN ARENA, Revenue Officer,
Internal Revenue Service,                       No. MISC. S-08-0025 WBS DAD

       Petitioners,

  v.                                                          ORDER

RICHARD GRAF,

       Respondent.
_____/

       Pursuant to the Notice of Compliance and Suggestion to Close File filed by petitioners on August 21, 2008, IT IS HEREBY ORDERED that:

       1. This action is dismissed without prejudice; and

       2. The Clerk of the Court is directed to close the case.

DATED: August 22, 2008.

                                        _____
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/graf0025.ord.dism